FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

May 20, 2022

No. 04-20-00366-CV

Ana **GUERRA** and Miguel Guerra,
Appellants

v.

Copernicus **GUERRA**, Eric Stubbs and Monica Guerra,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-17589
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Sitting:  Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Lori I. Valenzuela, Justice

On March 23, 2022, appellant Ana Guerra, acting pro se, filed a "Request for Extension" asking for a 60-day extension of time to file "the most upcoming deadline." We construed this as a Motion for Rehearing and granted appellant an extension until April 27, 2022. *See* TEX. R. APP. P. 49.1. On April 26, 2022, appellant filed a Motion for Rehearing. After consideration, the motion is **DENIED**.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of May, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court